AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Michael J. | United States District Court, Southern District of Ohio | 08/28/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

200 West Second Street, Room 505
Dayton, Ohio 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Cincinnati Public Radio, Inc. |
| 2. | Board of Directors & President | Federal Bar Association |
| 3. | Board of Directors | Federal Bar Association, Dayton Chapter |
| 4. | Board of Directors | Law and Leadership Institute |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/28/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | January 19- January 20, 2017, January 24, 2017 | New York | Federal Bar Association Board Meeting | Transportation, meals, hotel |
| 2. | Federal Bar Association | January 24, 2017- January 27, 2017 | South Carolina | Federal Bar Association | Transportation, meals, hotel |
| 3. | Federal Bar Association | March 7, 2017-March 10, 2017 | San Antonio, TX | Federal Bar Association | Transportation, meals, hotel |
| 4. | Federal Bar Association | March 15, 2017- March 18, 2017 | Washington, DC | Federal Bar Association Mid Year Meeting | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/28/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Federal Bar Association | April 6, 2017-April 7, 2017 | Scottsdale, AZ | Federal Bar Association-National-Indian Law Conference | Transportation, meals, hotel |
| 6. | Federal Bar Association | April 18, 2017-April 23, 2017 | Washington, DC | Federal Bar Association Capitol Hill Day | Transportation, meals, hotel |
| 7. | Federal Bar Association | May 2, 2017 | Indianapolis, IN | Federal Bar Association-Seventh Circuit Conference | Transportation, meals, hotel |
| 8. | Federal Bar Association | May 4, 2017-May 6, 2017 | Minneapolis, MN | Federal Bar Association | Transportation, meals, hotel |
| 9. | Federal Bar Association | May 10, 2017-May 13, 2017 | Salt Lake City and St. George | Federal Bar Association | Transportation, meals, hotel |
| 10. | Federal Bar Association | May 24, 2017-May 25, 2017 | Chicago, IL | Federal Bar Association | Transportation, meals, hotel |
| 11. | Federal Bar Association | May 29, 2017-May 30, 2017 | Washington, DC | Federal Bar Association -speak at Supreme Court swearing in | Transportation, meals, hotel |
| 12. | Federal Bar Association | June 21, 2017-June 23, 2017 | Philadelphia, PA | Federal Bar Association | Transportation, meals, hotel |
| 13. | Federal Bar Association | July 16, 2017-July 19, 2017 | San Francisco, California | Federal Bar Association | Transportation, meals, hotel |
| 14. | Federal Bar Association | September 13, 2017-September 17, 2017 | Atlanta, GA | Federal Bar Association Annual Meeting | Transportation, meals, hotel |
| 15. | Federal Bar Association | September 17, 2017-September 20, 2017 | Burlington, VT | Federal Bar Association | Transportation, meals, hotel |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Wells Fargo Bank | Primary Mortgage; Rental property #1; Beach Haven N.J. (See Part VII Line 29) | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. ishares S&P 500 Value ETF | A | Dividend | J | T | | | | | |
| 3. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 4. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 5. SPDR S&P 500 ETF Trust | A | Dividend | K | T | | | | | |
| 6. Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 7. Private Bank Deposit Account | A | Interest | J | T | | | | | |
| 8. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | | | | | |
| 9. SPDR Euro Stoxx 50 | A | Dividend | J | T | | | | | |
| 10. ishares Russell 1000 Growth etf | A | Dividend | J | T | | | | | |
| 11. Brokerage Account #2 | | | | | | | | | |
| 12. ishares S&P 500 Value ETF | A | Dividend | J | T | | | | | |
| 13. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 14. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 15. SPDR S&P 500 ETF Trust | A | Dividend | K | T | | | | | |
| 16. Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 17. Private Bank Deposit Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | | | | | |
| 19. SPDR Euro Stoxx 50 | A | Dividend | J | T | | | | | |
| 20. iShares Russell 1000 Growth ETF | A | Dividend | J | T | | | | | |
| 21. Brokerage Account #3 | | | | | | | | | |
| 22. ishares S&P 500 value etf | A | Dividend | J | T | | | | | |
| 23. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 24. iShares Trust MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 25. SPDR S&P 500 ETF Trust | A | Dividend | K | T | | | | | |
| 26. Vanguard Total stock Market ETF | A | Dividend | J | T | | | | | |
| 27. Private Bank Deposit Account | A | Interest | J | T | | | | | |
| 28. Vanguard FTSE All World Ex-USETS | A | Dividend | J | T | | | | | |
| 29. SPDR Euro Stoxx 50 | A | Dividend | J | T | | | | | |
| 30. iShares Russell 1000 Growth ETF | A | Dividend | J | T | | | | | |
| 31. Rental property #1 Beach Haven, New Jersey | F | Rent | P1 | W | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/28/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Michael J. | 08/28/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets listed on my 2017 report, Part VII, lines 20 and 30, were inadvertently omitted from the 2015 and 2016 reports under Brokerage Account 2 and Brokerage Account 3. Please consider this an amendment to my prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael J. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544